AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 20po533 |
| Khisamidin IGAMBERDIEV | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of February 23, 2020 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1325(a)(1)(EWI Misdemeanor), an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On February 23, 2020, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Uzbekistan without authorization to enter or remain in the United States. The Defendant knowingly entered the United States illegally on February 23, 2020, by crossing the U.S./Mexico International Boundary afoot, approximately eight mile(s) east of the Santa Teresa, New Mexico Port of Entry. This area is not a Port of Entry as designated by the Appropriate Authority of the United States. Thus, the Defendant is present in the United States without admission by an Immigration Officer.

☐ Continued on the attached sheet.

*Complainant's signature*

Eduardo Silva  Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 25, 2020

GREGORY J. FOURATT
*Judge's signature*
U.S. MAGISTRATE JUDGE

City and state: Las Cruces, N.M.

*Printed name and title*